# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

IN RE:
Chizoma Mweene
1555 Elm St.
Apt. 2703
Dallas , TX 75201
SSN: XXX-XX-0493
Debtor

Case No. 26-41201
Chapter: 13

## ORDER SETTING 1-DAY DISMISSAL DEADLINE FOR
## FAILURE TO TENDER REQUIRED FILING FEE

On **April 7, 2026**, Chizoma Mweene ("Movant") filed a Voluntary Petition (Chapter 13) (the "Pleading") which must be accompanied by a filing fee in the amount of $75.00 pursuant to the authority granted under 28 U.S.C. §1930. However, no such filing fee was tendered with the Pleading. Because of this failure, just cause exists for the entry of the following order:

**IT IS THEREFORE ORDERED** that, in the event that the Movant fails to tender the prescribed filing fee within one (1) calendar day of the entry of this Order, the above-described Pleading shall be dismissed.

Signed on 04/07/2026

*Brenda T. Rhoades*  SD
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE